# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-1021
_____

IVY ANDRE SHIPMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Judge.

July 2, 2019


PER CURIAM.

AFFIRMED.

RAY, C.J., and WETHERELL and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Ivy Andre Shipman, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.